IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.   5:17-CR-272 (NAM) |
| ) | |
| **v.** ) | **Enhanced Penalty Information** |
| ) | |
| **JEREMY THOMPSON, a/k/a J,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

### THE UNITED STATES ATTORNEY CHARGES:

1) On or about February 25, 2002, the defendant,

**JEREMY THOMPSON, a/k/a J,**

was convicted in St. Lawrence County Court of Attempted Criminal Sale of a Controlled Substance in the 5th Degree, a felony under New York State Penal Law, Section 220.31, for which he was sentenced on that same date to 110 days imprisonment and 5 years probation.

The United States intends to rely on above-described conviction in any sentencing of the defendant to increase his punishment in accordance with Title 21, United States Code, Section 841(b).

All pursuant to Title 21, United States Code, Section 851.

Dated: April 16, 2018        GRANT C. JAQUITH
                             United States Attorney

                             */s/ Carl G. Eurenius*
               By:           _____
                             Carl G. Eurenius
                             Assistant United States Attorney
                             Bar Roll No. 511746